## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## COURT FILE NO.: 2:09-CV -14302-VAR-RSW

| | |
|---|---|
| **WENDY BECKER and LARRY OSBORN**<br><br>Plaintiffs,<br><br>v.<br><br>**HOWELL AND ASSOCIATES, and JOHN DOE, Individually and Jointly,**<br><br>Defendants. | **Honorable Victoria A Roberts** |

## NOTICE OF DISMISSAL

NOW COME the Plaintiffs Wendy Becker and Larry Osborn, by and through their attorney Rex C. Anderson and hereby dismiss the above-entitled action against all Defendants, without costs, disbursements or attorneys' fees to any party due to the Bankruptcy Automatic Stay of Defendant Howell and Associates, and that an Order of Dismissal may be entered in the above-entitle action pursuant hereto.

Respectfully submitted,

Dated: January 26, 2010

**REX ANDERSON PC**

By:  **/s/ Rex C. Anderson**
Rex C. Anderson, Esq. (P47068)
Attorney for Plaintiffs
9459 Lapeer Rd
Davison MI 48423
Telephone:  (810) 653-3300
Facsimile: (810) 658-2510
rex@rexandersonpc.com